IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:22-CR-00027 (WLS-TQL-1) |
| | : |
| KIMBERLY M. KIER, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

    Presently before the Court is Defendant's Unopposed Motion to Continue (Doc. 42), which was filed on September 19, 2022. Therein, Defendant requests that the Court continue the specially set October 24, 2022, trial in this case, to the next Valdosta trial term. (*Id.*) The reason that a continuance is requested is that Defense Counsel requires additional time to review the discovery with her client, complete defense investigations, file any warranted pretrial motions and determine the next steps in this case including engaging in plea negotiations, if warranted. (*Id.*)

    The Court notes for the purposes of the record that this is the first time that a continuance has been requested in this matter by Defendant Kier. Based on the Defendant's stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). However, the Court notes that its next regularly scheduled term of court in the Valdosta Division of the Middle District of Georgia, is currently scheduled to begin on November 6, 2022. Given that this matter was only indicted on August 9, 2022, (Doc. 1) and the litany of issues Defense Counsel has to review with Defendant, the Court has construed Defendant's Motion to Continue (Doc. 42) as a Motion to Continue the trial of this matter to its February 2023 term of Court.

    Accordingly, for good cause shown, Defendant's Motion to Continue this matter to the February 2023 term of Court is **GRANTED**. (Doc. 42.) The Court hereby **ORDERS**

that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division February 2022 term and its conclusion, or as may otherwise be ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i). If Defendant does not agree with this Court's construction of Defendant's Motion, Defendant shall immediately file notice thereof.

The September 28, 2022, pretrial conference is **CANCELLED**.

**SO ORDERED**, this 19th day of September 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**