IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : <br> : <br> v. : <br> : Case No.: 7:22-CR-00027 (WLS-TQL-1) <br> : <br> KIMBERLY M. KIER, : <br> : <br> : <br> Defendant. : <br> : | |

**ORDER**

Presently before the Court is a Joint Motion for Continuance (Doc. 52), which was filed on December 19, 2022. Therein, Defendant, Kimberly Kier, requests that the Court continue the February 7, 2023, trial term, to the next Valdosta trial term.[1] (*Id.*) The reason that a continuance is requested is that Defense Counsel requires additional time to investigate factual matters that may be important, either for trial or for sentencing. (*Id.*)

The Court notes for the purposes of the record that this is the second time that a continuance has been requested in this matter by Defendant Kier. (Doc. 42.) Based on the Parties' stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, Defendant Kier's Motion to Continue (Doc. 52) is **GRANTED**. The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division May 2023 term and its conclusion, or as may otherwise be ordered by the Court. Furthermore, it is **ORDERED** that the time lost under

---

[1] The Court notes for the purposes of the record that pursuant to the Government's Response to this Court's Order (Docs. 50 & 51) co-defendant, David J. London, has entered into a plea agreement with the Government.

1

the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this 20th day of December 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**
