# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Case No.: 7:22-CR-00027 (WLS-TQL-1) |
| KIMBERLY M. KIER, | : |
| Defendant. | : |

## ORDER

On March 7, 2023, this Court Ordered the Parties to confer and inform the Court whether any matters required a hearing or further briefing or whether the case was ready to proceed to trial. (Doc. 57.) The Parties filed a Joint Response Regarding the Status of the Case on March 17, 2023, as well as a Joint Motion for Continuance. (Docs. 59 & 60.)

In the Parties' Joint Response, the Parties indicate that they have conferred and that there are no pending motions or matters that require briefing or a hearing to resolve. (Doc. 59.) However, the Parties also note therein that Defendant, Kimberly Kier, as well as Defense Counsel require additional time to review and investigate factual matters that are believed to be important to the resolution of this matter, by way of trial or plea, considering co-defendant David London's entrance of a plea of guilty. (Doc. 59.) The Parties jointly move to continue for this reason as well and note that they do not believe that either party will be prejudiced considering that the Defendant is not currently in custody. (Doc. 60.)

The Court notes for the purposes of the record that this is the third time that a continuance has been requested in this matter by Defendant Kier. (Doc. 42, 52 & 60.) Based on the Parties' stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, Defendant Kier's Motion to Continue (Doc. 60) is **GRANTED**. The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division August 2023 term and its conclusion, or as may

otherwise be ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i). This being the third continuance, the Court expects the Parties to be ready to proceed to trial at the August 2023 trial term.

    **SO ORDERED**, this 21st day of March 2023.

                                              <u>/s/ W. Louis Sands</u>
                                              **W. LOUIS SANDS, SR. JUDGE**
                                              **UNITED STATES DISTRICT COURT**