IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:22-CR-00027 (WLS-TQL-1) |
| | : |
| KIMBERLY M. KIER, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

On May 26, 2023, this Court Ordered the Parties to confer and inform the Court whether any matters required a hearing or further briefing or whether the case was ready to proceed to trial. (Doc. 69.) The Parties were instructed that if the case was not ready for trial, "a motion to continue the trial should be filed" for the Court's consideration. (*Id.*)

The Parties filed a Joint Response Regarding the Status of the Case on June 12, 2023. (Doc. 74.) Therein, the Parties note that they anticipate that this case will be resolved without the need for a trial, but that additional time may be necessary to determine if the matter could be resolved without trial. (*Id.*) The Parties did not request a continuance, however. (*Id.*)

In this Court's last order continuing the speedy trial act in this matter, the Court noted that it was a third continuance requested by defendant and that it expected the "Parties to be ready to proceed to trial at the August 2023 trial term." (Doc. 61.) Accordingly, the Parties are hereby **ORDERED** to inform the Court **IMMEDIATELY** whether a continuance of this matter is necessary and the reasons therefore that require a fourth continuance. If a continuance is required a Motion to Continue should be filed immediately or the Court should be noticed of a resolution of the case. Otherwise, this matter shall be noticed for the August 2023 trial term.

**SO ORDERED**, this 12th day of June 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1