IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | :    Case No.: 7:22-CR-00027 (WLS-TQL-1) |
| KIMBERLY M. KIER, | : |
| | : |
| Defendant. | : |

## ORDER

Presently before the Court is Defendant, Kimberly M. Kier's, Unopposed Motion for Continuance in the Interest of Justice. (Doc. 77.) Therein, Defendant requests that this Court continue the trial of this matter to the next regularly scheduled Valdosta trial term for a fourth time, as well as the June 28, 2023, pretrial conference. (Doc. 76 & 77.) The reason that a fourth continuance is requested is that additional time is required to review an amended plea agreement and to discuss those amendments with Defendant Kier. (Doc. 77 at 2.)

When this Court continued this matter on March 21, 2023, it noted that that was the third continuance and that it expected "the Parties to be ready to proceed to trial at the August 2023 trial term." (Doc. 60.) Based on Defendant's stated reasons, the Court finds that the ends of justice served by granting a fourth continuance do not appear to be outweighed by the interests of the public in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B).

However, as additional time is necessary to discuss the amendments to the plea agreement with Defendant Kier, Defendant's Unopposed Motion for a Continuance (Doc. 77) is **GRANTED-IN-PART**. It is hereby **ORDERED** that the June 28, 2023, Pretrial Conference is **CONTINUED** to **Friday, July 7, 2023, at 3:00pm**. Said continuance shall

1

afford Defense Counsel adequate time to discuss the amendments to the proposed plea agreement with Defendant. Defendant's corresponding request to continue the trial of this matter to the next regularly scheduled trial term (Doc. 77), however, at this time is **DENIED without prejudice**.

    **SO ORDERED**, this 14th day of June 2023.

                                                    /s/ W. Louis Sands
                                                    **W. LOUIS SANDS, SR. JUDGE**
                                                    **UNITED STATES DISTRICT COURT**